UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE:  Matthew David Landers<br>Meleah Beth Landers<br>WEST ROME ANIMAL CLINIC, P.C. AND DANIEL PATE,<br><br>v.<br><br>MELEAH BETH LANDERS | CASE NO: 18-41619<br><br>ADVERSARY CASE NO: 20-04008<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11 |

On 2/25/2020, I did cause a copy of the following documents, described below,

Summons

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 2/25/2020

/s/ Will B. Geer
Will B. Geer  940493
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, GA  30303
404 233 9800

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| IN RE: Matthew David Landers<br>Meleah Beth Landers<br><br>WEST ROME ANIMAL CLINIC, P.C. AND DANIEL PATE,<br><br>v.<br><br>MELEAH BETH LANDERS | CASE NO: 18-41619<br><br>ADVERSARY CASE NO: 20-04008<br><br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 2/25/2020, a copy of the following documents, described below,
Summons

COMPLAINT TO DETERMINE DISCHARGEABILITY OF DEBT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/25/2020

/s/ Jay S Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Will B. Geer
Wiggam & Geer, LLC
50 Hurt Plaza, SE, Suite 1150
Atlanta, GA  30303

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
MELEAH BETH SANDERS
66 MANGO RD NE
ROME GA 30161

FIRST CLASS
JEFFREY B. KELLY LAW OFFICE OF JEFFREY
B. KELLY, P.C.
107 E. 5TH AVENUE
ROME GA 30161

FIRST CLASS
MARY IDA TOWNSON CHAPTER 13 TRUSTEE
SUITE 1600 285 PEACHTREE CENTER AVE,
NE
ATLANTA GA 30303